# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2472
_____

MICHAEL ALLEN CLARK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Judge.

July 10, 2019

PER CURIAM.

In this appeal pursuant to *Anders v. California*, 386 U.S. 738 (1967), we affirm the revocation of Appellant's probation and the resulting judgment and sentence. We note, however, that the written revocation order does not conform to the trial court's oral pronouncement in that it indicates Appellant violated conditions three and five of his probation, when the court found only a violation of condition three. On remand, the court should enter a corrected order accurately specifying the basis for the revocation. *See Wilkerson v. State*, 82 So. 3d 1201 (Fla. 1st DCA 2012).

AFFIRMED and REMANDED with directions.

RAY, C.J., and WETHERELL and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.